**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
nsheehan@porterscott.com
dburkett@porterscott.com
Attorneys for Defendants
COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL, and LIBBY SIMMONS

LAW OFFICES OF JILL P. TELFER
A PROFESSIONAL CORPORATION
Jill P. Telfer, SBN 145450
331 J Street, Suite 200
Sacramento, CA 95814
jtelfer@telferlaw.com
Attorney for Plaintiff
TERRI GINOCCHIO

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRI GINOCCHIO, | CASE NO. 2:13-cv-01220-JAM-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO ENLARGE TIME FOR FILING JOINT STATUS REPORT, EXCHANGE OF INITIAL DISCLOSURES AND HEARING ON MOTION TO DISMISS** |
| v. | |
| COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL, LIBBY SIMMONS and DOES 1 through 10, inclusive, | |
| Defendants. | Trial: TBD |

Plaintiff TERRI GINOCCHIO ("Plaintiff") and Defendants COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL, and LIBBY SIMMONS ("Defendants") by and through their counsel of record herein, hereby stipulate and jointly request as follows:

{01165203.DOCX}  1
**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR FILING JOINT STATUS REPORT, EXCHANGE OF INITIAL DISCLOSURES AND HEARING ON MOTION TO DISMISS**

1  WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint on July 17, 2013;

2  WHEREAS, the hearing on Defendants' motion is scheduled for September 11, 2013;

3  WHEREAS, the parties are scheduled to submit a joint status report no later than August 23, 2013;

WHEREAS, the parties and their counsel have been diligently working to determine whether resolution is possible and would like to continue with settlement negotiations;

WHEREAS, the parties agree that continuing the current deadline for the joint status report and continuing the hearing date for the Motion to Dismiss will not prejudice any party and will foster ongoing settlement discussions;

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE and, RESPECTFULLY REQUEST that the court continue the deadline to file a joint status report to September 5, 2013;

THE PARTIES FURTHER STIPULATE, AGREE and, RESPECTFULLY REQUEST that the court continue the deadline to exchange initial disclosures to September 19, 2013;

THE PARTIES FURTHER STIPULATE, AGREE and, RESPECTFULLY REQUEST that the court continue the hearing on Defendants' Motion to Dismiss to October 9, 2013 at 9:30 a.m., with the briefing schedule to be calculated based on the new hearing date.

Respectfully submitted,

Dated:  August 23, 2013            PORTER SCOTT
                                   A PROFESSIONAL CORPORATION


                                   By   /s/ David P.E. Burkett
                                        Nancy J. Sheehan
                                        David P.E. Burkett
                                        Attorneys for Defendants
                                        COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL and LIBBY SIMMONS

{01165203.DOCX}                         2
**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR FILING JOINT STATUS REPORT, EXCHANGE OF INITIAL DISCLOSURES AND HEARING ON MOTION TO DISMISS**

1  Dated:  August 23, 2013            LAW OFFICES OF JILL P. TELFER
                                      A PROFESSIONAL CORPORATION

3                                     By   /s/ Jill P. Telfer   (authorized on 8/23/2013)
                                          JILL P. TELFER
4                                         Attorney for Plaintiff
                                          TERRI GINOCCHIO

6  **IT IS SO ORDERED.**

7  Dated:  8/23/2013                  /s/ John A. Mendez
                                      JOHN A. MENDEZ
8                                     UNITED STATES DISTRICT COURT JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706

{01165203.DOCX}                          3
**STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR FILING JOINT STATUS REPORT, EXCHANGE OF INITIAL DISCLOSURES AND HEARING ON MOTION TO DISMISS**