JILL P. TELFER (State Bar No. 145450)
LAW OFFICES OF JILL P. TELFER
A Professional Corporation
331 J Street, Suite 200
Sacramento, California  95814
Telephone:  (916) 446-1916
Facsimile:   (916) 446-1726
email: jtelfer@telferlaw.com

Attorney for Plaintiff
**TERRI GINOCCHIO**

PORTER SCOTT
A PROFESSIONAL CORPORATION
Nancy J. Sheehan, SBN 109419
David P.E. Burkett, SBN 241896
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
nsheehan@porterscott.com
dburkett@porterscott.com
Attorneys for Defendants
**COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL, and LIBBY SIMMONS**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TERRI GINOCCHIO**,<br><br>            Plaintiff,<br><br>vs.<br><br>**COUNTY OF SACRAMENTO,  ROB LEONARD,  NAVDEEP GILL, LIBBY SIMMONS and DOES 1 through 10, inclusive,,**<br>            Defendant | Case No.: 2:13-CV-01220-JAM-EFB<br><br>**STIPULATION AND ORDER TO ENLARGE TIME FOR FILING REQUEST FOR DISMISSAL** |

STIPULATION AND ORDER TO ENLARGE TIME FOR FILING REQUEST FOR DISMISSAL

- 1

Plaintiff TERRI GINOCCHIO ("Plaintiff") and Defendants COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL, and LIBBY SIMMONS ("Defendants") by and through their counsel of record herein, hereby stipulate and jointly request as follows:

WHEREAS, Notice of Settlement was filed on September 4, 2013

WHEREAS, Deadline to file Request for Dismissal is scheduled for October 4, 2013

WHEREAS, the parties have agreed upon the terms of settlement

WHEREAS, the settlement/dismissal documents are not ready for filing

NOW, THEREFORE, THE PARTIES HEREBY STIPULATE, AGREE and,

RESPECTFULLY REQUEST that the court continue the deadline to file a request for dismissal to October 18, 2013.

Respectfully Submitted,

Dated: October 3, 2013　　　**LAW OFFICES OF JILL P. TELFER**
　　　　　　　　　　　　　　A Professional Corporation


　　　　　　　　　　　　　　_/s/ Jill P. Telfer_____
　　　　　　　　　　　　　　JILL P. TELFER
　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　**TERRI GINOCCHIO**

```
Dated:   October 3, 2013          PORTER SCOTT
                                  A PROFESSIONAL CORPORATION


                                  /s/ David P.E. Burkett(Authorized
                                  on 10/3/13)
                                  Nancy J. Sheehan
                                  David P.E. Burkett
                                  Attorneys for Defendants
                                  COUNTY OF SACRAMENTO, ROB LEONARD,
                                  NAVDEEP GILL and LIBBY SIMMONS
```

**IT IS SO ORDERED.**

```
Dated:   10/3/2013                /s/ John A. Mendez_____
                                  JOHN A. MENDEZ
                                  UNITED STATES DISTRICT JUDGE
```

STIPULATION AND ORDER TO ENLARGE TIME FOR FILING REQUEST FOR DISMISSAL

- 3