| | |
|---|---|
| 1 | JILL P. TELFER (State Bar No. 145450)<br>LAW OFFICES OF JILL P. TELFER |
| 2 | A Professional Corporation<br>331 J Street, Suite 200 |
| 3 | Sacramento, California  95814<br>Telephone:  (916) 446-1916 |
| 4 | Facsimile:   (916) 446-1726<br>email: jtelfer@telferlaw.com |
| 5 | **Attorney for Plaintiff TERRI GINOCCHIO** |
| 6 | David Burkett (241896) |
| 7 | PORTER\|SCOTT<br>350 University Avenue, Suite 200 |
| 8 | Sacramento, CA 95825<br>Tel:  (916) 929-1481 |
| 9 | Fax:  (916) 927-3706<br>Email:  dburkett@porterscott.com |
| 10 | **Attorney for Defendants COUNTY OF** |
| 11 | **SACRAMENTO,  ROB LEONARD,  NAVDEEP GILL and LIBBY SIMMONS** |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **TERRI GINOCCHIO,** | ) | **CASE NO.** :  2:13-CV-01220-JAM-EFB |
| Plaintiff, | ) ) | **REQUEST FOR DISMISSAL; ORDER** |
| v. | ) ) | |
| **COUNTY OF SACRAMENTO,  ROB LEONARD,  NAVDEEP GILL, LIBBY SIMMONS and DOES 1 through 10, inclusive,** | ) ) ) ) ) | |
| | ) | Trial Date:  None Set |
| Defendants. | ) / | Complaint Filed:  06/18/2013 |

**TO THE HONORABLE COURT AND ALL PARTIES:**

Pursuant to a Settlement Agreement and General Release between Plaintiff TERRI GINOCCHIO and Defendants COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL and LIBBY SIMMONS, the parties hereby request that all parties be dismissed with prejudice from the above-

1
REQUEST FOR DISMISSAL; ORDER

entitled action, with each party to bear their own fees and costs.

Dated: October 16, 2013   **LAW OFFICES OF JILL P. TELFER**
A Professional Corporation

*/s/ Jill P. Telfer, Esq.*

_____
JILL P. TELFER (SBN 145450)
Attorney for Plaintiff
**TERRI GINOCCHIO**

Dated: October 16, 2013   **PORTER | SCOTT**

*/s/ David P. E. Burkett*

_____
DAVID P.E. BURKETT (SBN 241896)
Attorney for Defendants
**COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL and LIBBY SIMMONS**

2
REQUEST FOR DISMISSAL; ORDER

# **ORDER**

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief of Plaintiff TERRI GINOCCHIO in Case No. 2:13-CV-01220-JAM-EFB filed in the U.S. District Court for the Eastern District of California are hereby dismissed with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated:  10/16/2013

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA