1  JILL P. TELFER (State Bar No. 145450)
   LAW OFFICES OF JILL P. TELFER
   A Professional Corporation
2  331 J Street, Suite 200
   Sacramento, California  95814
3  Telephone:  (916) 446-1916
   Facsimile:   (916) 446-1726
4  email: jtelfer@telferlaw.com

5  **Attorney for Plaintiff TERRI GINOCCHIO**

6  David Burkett (241896)
   PORTER|SCOTT
7  350 University Avenue, Suite 200
   Sacramento, CA 95825
8  Tel:  (916) 929-1481
   Fax:  (916) 927-3706
9  Email:  dburkett@porterscott.com

10 **Attorney for Defendants COUNTY OF
   SACRAMENTO,  ROB LEONARD,  NAVDEEP
11 GILL and LIBBY SIMMONS**

12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

| | |
|---|---|
| **TERRI GINOCCHIO,** | **CASE NO.** :  2:13-CV-01220-JAM-EFB |
| Plaintiff, | **REQUEST FOR DISMISSAL; ORDER** |
| v. | |
| **COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL, LIBBY SIMMONS** and DOES 1 through 10, inclusive, | |
| | Trial Date:  None Set |
| Defendants. | Complaint Filed:  06/18/2013 |

23       **TO THE HONORABLE COURT AND ALL PARTIES:**

24       Pursuant to a Settlement Agreement and General Release between Plaintiff TERRI GINOCCHIO

25 and Defendants COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL and LIBBY

26 SIMMONS, the parties hereby request that all parties be dismissed with prejudice from the above-

27

28

1  entitled action, with each party to bear their own fees and costs.

2  Dated: October 16, 2013                **LAW OFFICES OF JILL P. TELFER**
                                          A Professional Corporation

                                          */s/ Jill P. Telfer, Esq.*
                                          _____
                                          JILL P. TELFER (SBN 145450)
                                          Attorney for Plaintiff
                                          **TERRI GINOCCHIO**

7  Dated: October 16, 2013                **PORTER | SCOTT**

                                          */s/ David P. E. Burkett*
                                          _____
                                          DAVID P.E. BURKETT (SBN 241896)
                                          Attorney for Defendants
                                          **COUNTY OF SACRAMENTO, ROB LEONARD, NAVDEEP GILL and LIBBY SIMMONS**

## ORDER

IT IS HEREBY ORDERED that the Complaint and any and all claims for relief of Plaintiff TERRI GINOCCHIO in Case No. 2:13-CV-01220-JAM-EFB filed in the U.S. District Court for the Eastern District of California are hereby dismissed with prejudice, each party to bear their own fees and costs.

**IT IS SO ORDERED**.

Dated:  10/16/2013

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE
EASTERN DISTRICT OF CALIFORNIA